# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLINE "CHARLEY" KRAMER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MAVERIK, INC., a Foreign Corporation; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No.:　2:21-cv-02212-JAD-BNW<br><br>**ORDER EXTENDING TIME TO FILE DISMISSAL** |

  Plaintiff, Charline "Charley" Kramer, ("Plaintiff") and Defendant Maverik, Inc., ("Defendant") by and through their respective counsels, hereby stipulate to extend the deadline to file a stipulation to dismiss this case and additional 21 days to **March 24, 2022**. Plaintiff was given the initial draft of the settlement agreement by Defendant on February 11, 2022. After some discussion on the terms of the agreement the parties agreed to a final draft on February 16, 2022. Plaintiff signed and returned the agreement to Defendant on February 17, 2022. The terms of the agreement dictate that a check would be provided no later than 21 days following the execution of the agreement, which would be on or before March 10, 2022. The requested time allows for time to receive the checks, verify funds, and file the stipulation for dismissal.

///

///

**IT IS SO STIPULATED.**

DATED this _____ day of March 2022.          DATED this _____ day of March 2022.

**WATKINS & LETOFSKY, LLP**                  **OGGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Michael A. DiRenzo*                     /s/

_____      _____
Michael A. DiRenzo, Esq.                     Noel M. Hicks, Esq.
Nevada State Bar No. 13104                   Nevada Bar No. 13893
8935 S. Pecos Road, Suite 22A                3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, Nevada 89074                      Las Vegas, NV 89169
Attorney for Plaintiff                       Attorneys for Defendants

**ORDER**

    **IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: March 3, 2022