Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Maverik, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLINE "CHARLEY" KRAMER,<br><br>Plaintiff,<br><br>vs.<br><br>MAVERIK, INC., a Foreign Corporation; and DOES 1-50,<br><br>Defendants. | Case No.:  2:21-cv-02212-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 20 |

Plaintiff Charline "Charley" Kramer ("Plaintiff") and Defendant Maverik, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

1    Each party is to bear their own fees and costs.

2

3    DATED this 22nd day of March, 2022.        DATED this 22nd day of March, 2022.

4    WATKINS & LETOFSKY, LLP                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5    /s/ Melinda Weaver                          /s/ Noel M. Hicks

6    Daniel R. Watkins                           Anthony L. Martin
     Nevada Bar No. 11881                        Nevada Bar No. 8177
7    Melinda Weaver                              Noel M. Hicks
     Nevada Bar No. 11481                        Nevada Bar No. 13893
8    8935 S. Pecos Rd., Suite 22A                10801 W. Charleston Blvd.
9    Henderson, NV 89074                         Suite 500
     Attorney for Plaintiff                      Las Vegas, NV  89135
10                                               Attorneys for Defendant

11

12

13

14

15

16

17                              **ORDER**

18   Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY
19   ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees
     and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.
20
21   _____
     U.S. District Judge Jennifer A. Dorsey
22   Dated: March 22, 2022

23

24

25

26

27

28

2

50812560.v1-OGLETREE